USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

MIGDALIA RAMOS and JUAN RAMOS,

                             Plaintiffs,

            -against-                                22-CV-9723 (VEC)

                                                    ORDER

WILLY RAMIEREZOLIVO and BATTAWAY
TOWING LLC,

                             Defendants.

----------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 21, 2022, the Court ordered Defendants to file, by no later than November 22, 2022, a redacted version of the Court's endorsement on Defendants' letter response to the Court's November 18, 2022, Order, Dkt. 7; and

      WHEREAS Defendants filed the entirety of their November 21, 2022, submissions on the public docket, including Plaintiffs' medical records, Dkt. 9.

      IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to restrict viewing of the filings at docket entry 9 to the Court and to the parties.

      IT IS FURTHER ORDERED that the Defendants are ordered to file a redacted version of the endorsed November 21, 2022, letter by **November 23, 2022**. The Defendants are admonished to follow the Court's instructions and to be more careful in their ECF filings in the future.

**SO ORDERED.**

Date:  November 22, 2022
         New York, New York

                                                  **VALERIE CAPRONI**
                                                **United States District Judge**